UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                    CASE NO. 8:08-cr-65-T-23MAP

JIMMY L. LEE
_____/

**ORDER**

The defendant files a stipulation (Doc. 15) substituting Jeffrey Brown for Thomas Ostrander as retained counsel. The stipulation is **APPROVED**, and the Clerk shall terminate Mr. Ostrander and note the appearance of Mr. Brown for the defendant.

On March 26, 2008, Magistrate Judge Pizzo noticed the trial of Jimmy L. Lee and co-defendant Dominic Orr for the calendar commencing May 5, 2008. Citing only to the availability of an "ends-of-justice" continuance when justified, Jimmy L. Lee seeks a continuance of the May trial and files a "Waiver of Speedy Trial" (Doc. 16) through June 30, 2008 (Doc. 16). The defendant lacks both the ability to waive prospectively his statutory right to a "speedy trial" and, consequently, to fix unilaterally a substitute deadline for his trial. Zedner v. United States, 126 S. Ct. 1976 (2006) (Alito J.). The motion to continue the trial (Doc. 16) is **DENIED**.

ORDERED in Tampa, Florida, on April 4, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE